Paul S. Padda, Esq. (NV Bar No. 10417)
Email: ppadda@caplawyers.com
COHEN & PADDA, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada  89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com

John P. Shannon, Esq. (NV Bar. No. 7906)
Email: john@jpshannonlaw.com
LAW OFFICE OF JOHN P. SHANNON, P.C.
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada  89103
Tele: (702) 675-4914
Fax: (702) 366-1940

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER WALLS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:14-cv-2201-KJD-PAL |
| CORRECTIONS CORPORATION OF AMERICA (d.b.a. Nevada Southern Detention Center), | ) |
| Defendant. | ) |

**PLAINTIFF'S *EX PARTE* MOTION TO EXTEND
DEADLINE FOR SERVICE OF COMPLAINT**

Pursuant to Federal Rule of Civil Procedure ("FRCP")  6(b)(1)(A), Plaintiff respectfully requests that the Court extend by 40-days, or until June 2, 2015, the time within which Plaintiff must serve the Complaint (Pacer #1) upon Defendant Corrections Corporation of America ("CCA").  Proof of service is currently required to be filed with the Court on April 23, 2015.

In support of this motion, Plaintiff relies upon the memorandum of points and authorities set forth below.

# **MEMORANDUM OF POINTS AND AUTHORITIES**

FRCP 4(m) requires that a party initiating litigation serve a defendant within "120 days after the complaint is filed . . .." Failure to do so may result in dismissal of the complaint, unless "good cause" exists to extend the 120-day period. Id. Similarly, a party may seek an extension of a deadline prior to its expiration pursuant to FRCP 6(b)(1)(A) upon the same standard of "good cause."

Here, "good cause" exists to extend the service deadline for serving Defendant CCA with the Complaint and Summons. Plaintiff, who is currently incarcerated in a federal penitentiary in Arizona, has limited ability to communicate with undersigned counsel. Undersigned counsel have made arrangements to speak with Plaintiff but will not be able to do so prior to the expiration of the current service deadline. Undersigned counsel do not wish to effectuate service of the Complaint until they have had an opportunity to fully communicate with Plaintiff regarding certain matters pertaining to his case that are of importance. By requesting a 40-day extension, undersigned counsel are hoping to avoid an additional request of this nature.

In light of the foregoing, undersigned counsel respectfully urge the Court to find that good cause exists to grant Plaintiff's request.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .


**CONCLUSION**

Plaintiff, by and through counsel, respectfully requests that the Court grant this motion.

Respectfully submitted,

/s/ *Paul S. Padda*
/s/ *John P. Shannon*

_____
Paul S. Padda, Esq.
John P. Shannon, Esq.

Attorneys for Plaintiff

Dated: April 22, 2015

**IT IS SO ORDERED:**

**Plaintiff's request to extend the 120-day deadline required by FRCP 4(m) is hereby granted. Plaintiff's time to serve the Summons and Complaint upon Defendant is hereby extended to and until June 2, 2015. Proof of service shall be filed on or before that date.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 30, 2015