UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEXANDER WALLS,<br><br>　　　　　　Plaintiff,<br>v.<br>CORRECTIONS CORPORATION OF AMERICA (d.b.a. "Nevada Southern Detention Center"),<br><br>　　　　　　Defendant. | Case No. 2:14-cv-02201-KJD-PAL<br><br>**ORDER**<br><br>(Mot. Set Disc. Deadlines – ECF No. 32) |

This matter is before the Court on Defendant Corrections Corporation of America's Motion to Set New Discovery Deadlines (ECF No. 32). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice.

Plaintiff Alexander Walls is a prisoner currently in the custody of the Federal Bureau of Prisons at the United States Penitentiary Coleman Fla. On September 16, 2016, the court entered an Order (ECF No. 31) granting Mr. Walls' Motion for Appointment of Counsel (ECF No. 27) and referring this case to the Pilot Pro Bono Program. The order noted that the court could not guarantee that a volunteer lawyer would be willing and available to accept the appointment. Defendant subsequently filed the pending motion asking the court to set new discovery deadlines in this matter, including expert disclosure and dispositive motion deadlines, once counsel is either appointed for Mr. Walls or it is determined that counsel is not available.

For the past year the pro bono liaison has diligently attempted to find a volunteer lawyer to take the case. Despite requests made to lawyers and organizations in multiple jurisdictions by the pro bono liaison and the judge in charge of the Pilot Pro Bono Program, the court has been unable to find a lawyer who will take this case. To prevent any further delay, the court finds good cause to grant defendant's motion and set new discovery deadlines.

1

Accordingly,

**IT IS ORDERED:**

1. Defendant Corrections Corporation of America's Motion to Set New Discovery Deadlines (ECF No. 32) is **GRANTED**.
2. The following Discovery Plan and Scheduling Order dates shall apply:
    a. Close of Discovery: **March 28, 2018**
    b. Expert Disclosures: **January 26, 2018**
    c. Rebuttal Expert Disclosures: **February 26, 2018**
    d. Interim Status Report: **January 26, 2018**
    e. Extensions or Modifications of the Discovery Plan and Scheduling Order: **March 8, 2018**
    f. Dispositive Motions: **April 27, 2018**
    g. Joint Pretrial Order: **May 28, 2018**
    h. In the event dispositive motions are timely filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

Dated this 29th day of September, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE